

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-12-00262-CV

Trial Court Cause
Number:           1066372

Style:            Melissa Machelle Clark and Stetson Benningfield

                  **v** EOG Resourses Inc.

Date motion filed[*]:   March 24, 2014

Type of motion:   Motion for Rehearing

Party filing motion:   Appellants

Document to be filed:   no

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
      ☐ Acting individually    ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Bland and Huddle

Date: June 24, 2014